UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-142-FL-1

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
SHAWN JABBAR JILES, )
)
Defendant. )

This matter was scheduled to come before the court July 10, 2023, for arraignment, however, due to unforeseen mechanical breakdown in the courthouse impacting court proceedings, this matter was continued to **Wednesday July 12, 2023**. The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the 11th day of July, 2023.

Robert B. Jones, Jr.,
United States Magistrate Judge